**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

## UNITED STATES DISTRICT COURT

FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Docket No: 0972 1:21CR00100-001 |
| | ) |
| Jose E. Piceno | ) |
| | ) |

On April 14, 2014, the above-named was sentenced to Supervised Release for a period of five years in the District of Kansas. Supervision commenced on August 14, 2020.

The supervised releasee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

| Respectfully submitted, | Reviewed by, |
|---|---|
| /s/ Brandon Dawkins | /s/ Ronnie Preap |
| **Brandon Dawkins** | **Ronnie Preap** |
| **United States Probation Officer** | **Supervising United States Probation Officer** |

**Dated:** September 26, 2023
Modesto, California
BD/lr

1

**Re:** **Jose E. Piceno**
**Docket Number:   0972 1:21CR00100-001**
**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

## ORDER OF COURT

Pursuant to the above report, it is ordered that Jose E. Piceno be discharged from Supervised Release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

Dated:   September 27, 2023

_____
UNITED STATES DISTRICT JUDGE